# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Nancy Barr<br>          Debtor<br><br>COLONIAL SAVINGS F.A., its successors and/or assigns<br>          Movant<br>     vs.<br>Nancy Barr<br>          Debtor<br><br>William C. Miller Esq.<br>          Trustee | CHAPTER 13<br><br><br><br>NO. 16-12766 SR<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Proof of Claim of COLONIAL SAVINGS F.A., which was filed with the Court on or about **August 19, 2016, Claim # 1**.

Respectfully submitted,

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Attorneys for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

August 19, 2016