UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :           Chapter 13

    NANCY BARR                                  :

            Debtor                       :           Bky No.:  16-12766SR

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

       Alan D. Budman, Esquire, Attorney for the Movant, NANCY BARR has filed an Objection to Claim.

       **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

       1.     If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **December 6, 2016**, you or your attorney must do all of the following:

       (a)     file an answer explaining your position at

Clerk, United States Bankruptcy Court
for the Eastern District of Pennsylvania
Robert N. C. Nix Building
900 Market Street - Suite 400
Philadelphia, PA 19107-4299

       If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the dated stated above; and

       (b)     serve a copy to the movant's attorney:

Alan D. Budman, Esquire
1150 Old York Road
2nd Floor
Abington, PA 19001

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Stephen Raslavich on **December 14, 2016 at 10:00 a.m.** in Courtroom 4, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107-4299.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: November 14, 2016