

235 SOUTH 13TH STREET
~~ase 16-12766-sr~~ 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



National Association of
Professional Process Servers

In Re Nancy Barr

**COURT** United States Bankruptcy Court
Eastern District of Pennsylvania

-VS-

**CASE NUMBER** 16-12766-sr

## AFFIDAVIT

State of  Pennsylvania
County of  Philadelphia

**B&R Control #**  PS131918.01
**Reference Number**

Ron Stein, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On 4/10/2017 we received the **Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) , Complaint** and that service was effected upon **Hatboro Federal Savings at 221 SOUTH YORK ROAD, HATBORO, PA 19040** on **4/11/2017 at 12:27 PM**, in the manner described below:

**By service upon:** TABITHA TOLLETT, AUTHORIZED AGENT as an agent or person authorized to accept service at usual place of business.

**Description:**
Gender: **FEMALE**      Race/Skin: **WHITE**      Age: **20s**      Weight: **135**      Height: **5' 8"**      Hair:      Glasses:**No**
Other:

Service Notes:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRENDA M. RAVENELL, Notary Public
City of Philadelphia, Phila.County
My Commission Expires December 16, 2019

Sworn to and subscribed before me this
14th day of APR. 2017

_____
Process Server/Sheriff

_____
Notary Public

ATTEMPTS:

Client      Phone (267) 909-9036                    :            **Filed Date:**            **BR Serve By:** 04/30/2017

Laurence A. Mester, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107



ORIGINAL

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or to Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

EASTERN    District of    PENNSYLVANIA

In re    NANCY BARR
_____
Debtor

*(Complete if issued in an adversary proceeding)*

Case No.    16-12766-sr

Chapter    13

_____
Plaintiff

v.

_____
Defendant

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To:    HATBORO FEDERAL SAVINGS
_____
*(Name of person to whom the subpoena is directed)*

[X] *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    SEE ATTACHED EXHIBIT "A"

| PLACE  Mester & Schwartz, P.C. 1333 Race Street, Philadelphia, PA 19107 | DATE AND TIME 04/28/2017 at 3:00 p.m. |
|---|---|

[ ] *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    04/07/2017

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
U.S. Bank Trust N.A. _____ , who issues or requests this subpoena, are:
Jason B. Schwartz, 1333 Race Street, Philadelphia, PA 19107; (267) 909-9036; jschwartz@mesterschwartz.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

PS 13191801

## EXHIBIT "A"

1.    For the period January 1, 2012 to March 30, 2017, any and all bank statements, financial records, canceled checks and documents that refer and relate to any checking account titled in the name of Nancy Koenig Barr (a/k/a Nancy K. Barr or Nancy Barr) and/or Gregory Allan Barr (a/k/a Gregory A. Barr or Gregory Barr) including, but not limited, Acct. No. 110078078.

B2570 (Form 2570 -- Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any):* Hatboro Federal Savings

on *(date)* 4-10-17 .

☑ I served the subpoena by delivering a copy to the named person as follows: upon Tabitha Tollet, Authorized Agent, Hatboro Federal Savings at 221 South York rd. Hatboro, Pa. 19040

_____ on *(date)* 4-11-17 ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true and correct.

Date: 4/14/17

_____
Server's signature

Ron Stein
_____
Printed name and title

235 S. 13th St. Philadelphia Pa 19107
Server's address

Additional information concerning attempted service, etc.:

PC B1918 01