# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Nancy Barr,<br>    Debtor | CHAPTER 13<br><br>CASE NO.: 16-12766-sr |
| U.S. Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust, its assignees and/or successors in interest,<br><br>    Movant<br>vs.<br><br>Nancy Barr<br>Co-Debtor Gregory A. Barr,<br>    Respondents<br>Frederick L. Reigle,<br>    Trustee | **HEARING DATE:**<br>Wednesday, January 25, 2017<br>10:00 a.m.<br><br>**LOCATION:**<br>U.S. Bankruptcy Court<br>Robert N.C. Nix Federal Courthouse<br>Courtroom No 4<br>900 Market Street<br>Philadelphia, PA 19107 |

## ORDER

AND NOW, this _____ day of _____, upon consideration of the Motion for relief from the Automatic Stay and Co-Debtor Stay filed on behalf of U.S. Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is granted and the automatic and co-debtor stays are terminated as it affects the interests of Movant, in the real property and improvements thereon commonly known as **206 Wood Street, Hatboro, Pennsylvania 19040**.

It is further ORDERED, ADJUDGED and DECREED that this grant of relief from stay and co-debtor stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

It is further ORDERED, ADJUDGED AND DECREED that the stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived**.**

It is further ORDERED, ADJUDGED AND DECREED that, in addition to foreclosure, this

Relief Order permits activity necessary to obtain possession of said collateral; therefore, U.S. Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust is permitted to engage in loss mitigation activity, including short payoff, short sale and the obtaining of a deed-in-lieu of foreclosure including authorization to negotiate inferior liens. U.S. Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust is further permitted to send information regarding these loss mitigation options directly to the debtor.

                                               *[signature]*      5/11/17

                                               Stephen Raslavich
                                               BANKRUPTCY JUDGE

Please send copies to:

Nancy Barr
206 Wood Street
Hatboro, PA 19040
Debtor

Alan D. Budman, Esquire
1150 Old York Road, 2nd Fl
Abington, PA 19001
Attorney for Debtor

Gregory A. Barr
206 Wood Street
Hatboro, PA 19040
Co-Debtor

Frederick L. Reigle
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606
Chapter 13 Trustee

Office of the U.S. Trustee
900 Chestnut Street, Suite 400
Philadelphia, PA 19107

Jason Brett Schwartz, Esq.
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19106