United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-12766-sr
Nancy Barr                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia          Page 1 of 1              Date Rcvd: May 11, 2017
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2017.
db            +Nancy Barr,    206 Wood Street,    Hatboro, PA 19040-2711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2017 at the address(es) listed below:
      ALAN D. BUDMAN    on behalf of Debtor Nancy  Barr alan-budman@erols.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JASON BRETT SCHWARTZ    on behalf of Creditor    U.S BANK TRUST NATIONAL ASSOCIATION et al...
      jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
      JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank Trust National Association,
      jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S BANK TRUST NATIONAL ASSOCIATION et al...
      bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
      THOMAS I. PULEO    on behalf of Creditor    U.S BANK TRUST NATIONAL ASSOCIATION et al...
      tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                  TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Nancy Barr,<br>        Debtor<br><br>U.S. Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust, its assignees and/or successors in interest,<br><br>        Movant<br>vs.<br><br>Nancy Barr<br>Co-Debtor Gregory A. Barr,<br>        Respondents<br>Frederick L. Reigle,<br>        Trustee | CHAPTER 13<br><br>CASE NO.: 16-12766-sr<br><br><br>**HEARING DATE:**<br>Wednesday, January 25, 2017<br>10:00 a.m.<br><br>**LOCATION:**<br>U.S. Bankruptcy Court<br>Robert N.C. Nix Federal Courthouse<br>Courtroom No 4<br>900 Market Street<br>Philadelphia, PA 19107 |

## ORDER

AND NOW, this _____ day of _____, upon consideration of the Motion for relief from the Automatic Stay and Co-Debtor Stay filed on behalf of U.S. Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is granted and the automatic and co-debtor stays are terminated as it affects the interests of Movant, in the real property and improvements thereon commonly known as **206 Wood Street, Hatboro, Pennsylvania 19040**.

It is further ORDERED, ADJUDGED and DECREED that this grant of relief from stay and co-debtor stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

It is further ORDERED, ADJUDGED AND DECREED that the stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived**.**

It is further ORDERED, ADJUDGED AND DECREED that, in addition to foreclosure, this

Relief Order permits activity necessary to obtain possession of said collateral; therefore, U.S. Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust is permitted to engage in loss mitigation activity, including short payoff, short sale and the obtaining of a deed-in-lieu of foreclosure including authorization to negotiate inferior liens. U.S. Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust is further permitted to send information regarding these loss mitigation options directly to the debtor.

*5/11/17*

Stephen Raslavich
BANKRUPTCY JUDGE

Please send copies to:

Nancy Barr
206 Wood Street
Hatboro, PA 19040
Debtor

Alan D. Budman, Esquire
1150 Old York Road, 2nd Fl
Abington, PA 19001
Attorney for Debtor

Gregory A. Barr
206 Wood Street
Hatboro, PA 19040
Co-Debtor

Frederick L. Reigle
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606
Chapter 13 Trustee

Office of the U.S. Trustee
900 Chestnut Street, Suite 400
Philadelphia, PA 19107

Jason Brett Schwartz, Esq.
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19106