UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                               :

NANCY BARR
                                                     : Bankruptcy No. 16-12766SR
          Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Stephen Raslavich* [signature]    6/8/17
_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ALAN D BUDMAN ESQ
1150 OLD YORK RD
SECOND FLOOR
ABINGTON PA 19001-

NANCY BARR
206 WOOD STREET
HATBORO,PA.19040