```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                              Case No. 16-12766-sr
Nancy Barr                                                          Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett           Page 1 of 1            Date Rcvd: Jun 08, 2017
                              Form ID: pdf900           Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2017.
db             +Nancy Barr,   206 Wood Street,    Hatboro, PA 19040-2711
13712060       +Abington Hopistal,    1200 Old York Road,   Abington, PA 19001-3720
13808864       +Alan D. Budman, Attorney at Law,    1150 Old York Road,   2nd Floor,   Abington, PA 19001-3712
13778547        Colonial Savings, F.A.,    2626 B West Freeway,   Fort Worth, TX 76102
13712061       +Holy Redeemer Hospital,    1648 Huntington Pike,   Meadow Brook, PA 19046-8099
13712062       +Montgomery County Tax Claim Bureau,    1 Montgomery Plaza,   Norristown, PA 19401-4853
13712063       +Profile Shop,   45 Second Street Pike,    Southampton, PA 18966-3827
13712064       +United Financial,    400 Keystone Industrial Park,   Dunmore, PA 18512-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jun 09 2017 00:56:18     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2017 00:55:41
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 09 2017 00:56:06     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13818833       +E-mail/Text: bknotices@snsc.com Jun 09 2017 00:56:44
                 U.S. BANK TRUST NATIONAL ASSOCIATION, et al,   c/o SN Servicing Corporation,
                 323 Fifth Street,   Eureka, CA. 95501-0305
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2017 at the address(es) listed below:
          ALAN D. BUDMAN    on behalf of Debtor Nancy  Barr alan-budman@erols.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    U.S BANK TRUST NATIONAL ASSOCIATION et al...
           jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank Trust National Association,
           jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S BANK TRUST NATIONAL ASSOCIATION et al...
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    U.S BANK TRUST NATIONAL ASSOCIATION et al...
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

NANCY BARR
                                                : Bankruptcy No. 16-12766SR
         Debtor(s)                              : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____  6/8/17
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ALAN D BUDMAN ESQ
1150 OLD YORK RD
SECOND FLOOR
ABINGTON PA 19001-

NANCY BARR
206 WOOD STREET
HATBORO,PA.19040